UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN TEXAS
DALLAS DIVISION

| | |
|---|---|
| Logan Andre and Tara Andre,<br><br>       Plaintiffs,<br>v.<br><br>Equifax Information Services, LLC, et al.,<br><br>       Defendants. | Case No.  3:20-cv-3613<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

  Plaintiffs Logan and Tara Andre, by and through their undersigned counsel hereby dismisses its Complaint against Defendants Equifax Information Services, LLC, Trans Union LLC, and Nationstar Mortgage, LLC without prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: 12/11/2020      RESPECTFULLY SUBMITTED,

             **Fields Law Firm**

             */s/ Matthew P. Forsberg*
             **MATTHEW P. FORSBERG**
             TX Bar No. 24082581
             **BLAKE R. BAUER**
             Reg. No. 0390262
             **FIELDS LAW FIRM**
             9999 Wayzata Blvd.
             Minnetonka, MN 55305
             Tel: (612) 383-1868
             Fax: (612) 370-4256
             matt@fieldslaw.com

             **LAW OFFICE OF JONATHAN HEEPS**

             */s/ Jonathan A. Heeps*
             Jonathan A. Heeps
             TX Bar No.: 24074387
             PO Box 174372
             Arlington, TX 76003
             T: (682) 738-6415
             F: (844) 738-6416
             Email: jaheeps@heepslaw.com

             *Counsel for Plaintiffs*